IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

FILED BY ___ D.C.

05 MAY -2 AM 9: 33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 2:93cr20201-Ml

Marcus Lamont Nelson

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $500.00, payable to Marcus L. Nelson at 5983 Hickory Hill Sq, Memphis, TN 38116 in full refund of the cash appearance bond posted herein.

Date: 4/27/05

United States District Judge
John P. McCalla         5/2/2005

Approved.
Robert R. Di Trolio, Clerk of Court
BY: _____
Deputy Clerk


This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-3-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 108 in case 2:93-CR-20201 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Marcus Lamont Nelson
5984 Hickory Hill
Memphis, TN 38116

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT